UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR. S. 05-493 FCD
 )
ANTONIO RAMIREZ-ALVAREZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum    ( ) Ad Testificandum.
Name of Detainee: Antonio Ramirez-Alvarez, aka Antonio Alvarez Ramirez, aka Antonio Ramirez

Detained at (custodian):     Deuel Vocational Institute - Tracy

Detainee is:  a.)  (**X**) charged in this district by:
    (**X**) Indictment    ( ) Information    ( ) Complaint
    Charging Detainee With: **Deported Alien Found In The United States**

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or  b.)  (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/Michael M. Beckwith
Printed Name & Phone No: AUSA Michael M. Beckwith, 916-554-2797
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshals Service for this district, is hereby ORDERED to produce the named detainee forthwith and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| Field | Value | | |
|---|---|---|---|
| AKA(s) (if applicable): | Antonio Alvarez Ramirez, Antonio Ramirez | Male X | Female |
| Booking or CDC #: | K77789 | DOB: | |
| Facility Address: | DVI , 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | 254987MA7 |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                              (Signature)